## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BETH A. MCDOWELL,

      Plaintiff,

   v.

BAYHEALTH MEDICAL CENTER, INC.,

      Defendant.

Civil Action No. 22-1392-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss (D.I. 21) is GRANTED in part and DISMISSED as moot in part.

Plaintiff's failure to accommodate claim under Title VII (Count I) is DISMISSED with prejudice.

Plaintiff's claim under DDEA (Count II) is DISMISSED without prejudice.

IT IS SO ORDERED.

Entered this 25th day of January, 2024

United States District Judge

1